### JAMES SCHEE v. JOHN REED, late Sheriff.

Court of Common Pleas. Kent. November, 1818.

*Clayton's Notebook, 117.*

---

*Hall* for plaintiff; *Thomas Clayton* for defendant.

Verdict for plaintiff.

(Note that although the Act [of] 1793 may repeal that of 1792, yet it cannot affect that of 1818, 5 Del.Laws 324, which enacts generally that the plaintiff, on failure of personal property, may on filing a trànscript of the justice's judgment in the Prothonotary's Office, levy on the lands and tenements of the defendant or defendants. And query, if the Act of 1793 virtually repeals that of 1792, does not that of 1818 *quoad hoc* repeal that of 1793?)